IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80078 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Eric Francis Fagan – #087071

                                                /

Because Eric Francis Fagan has failed to respond to the order to show cause, Mr. Fagan's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE